Amer. Guar. Co. v. Cin. Iron Co.................19844
Amer. Guar. Co. v. Cliff Wood Supply Co.........19837
Aurand v. Toledo & Ohio Central R. R. Co.......19826
Baumhart v. McClure ...........................19839
Biscotti v. State..............................19845
DeLong v. Market Exchange Bk. Co..............19785
Duff v. Rothenberg et..........................19848
Gardner et v. Kern.............................19834
Giehl v. State ................................19842
Halliday v. Dempsey............................19830
Hitz et v. Telling et..........................19862
Huff et v. Zeier et............................19822
Koeliker v. Hudson Willard.....................19838
Likens v. Ind. Com.............................19831
Ludwig Hommel & Co. v. Woodsfield (Vil.)......19852
Marmorstein v. Schuck..........................19840
Neiswander et v. Brickner et...................19865
New York Cent. R. R. Co. v. Irvine.............19833
New York Life Ins. Co. v. Richardson...........19806
Puliam v. Hitz et al...........................19874
Robinson et v. Stout...........................19858
Ross v. State..................................19856
Sawyer et v. Lyon et...........................19851
Stachowicz v. State............................19861
State ex rel Crabbe v. Middletown Hydraulic Co...19207
Toledo Terminal v. Hughes......................19841
Van Soelen v. Purvis Oil & Gas Co..............19824

### GENERAL DOCKET

19651—State of Ohio ex rel John A. Zangerle, County Auditor, v. Tax Commission of Ohio. In Mandamus. Dismissed on motion of relator, at his costs, without record. Dock. 3-2-26; 4 Abs. 160.

### MOTION DOCKET

19207—State of Ohio, ex rel C. C. Crabbe, Attorney General, v. Middletown Hydraulic Co. Motion by plaintiff for an order appointing a Special Master Commissioner. Roy King appointed by agreement. Dock. 6-14-25; 3 Abs. 386; OS. 4 Abs. 209.

19785—Samuel H. DeLong v. Market Exchange Bank Co. Motion for Franklin Appeals to certify. Overruled. Dock. 4-22-26; 4 Abs. 284; OS. Pend. 4 Abs. 356.

19806—New York Life Ins. Cp. v. Effie Richardson. Motion for Lucas Appeals to certify. Case settled and dismissed at costs of plaintiff in error. Dock. 5-6-26; 4 Abs. 302.

19822—Mary J. Huff et v. John H. Zeier et. Motion for Franklin Appeals to certify. Overruled. Dock. 5-18-26; 4 Abs. 322.

19824—A. C. Van Soelen v. Clemens Purvis Oil & Gas Co. Motion for Hancock Appeals to certify. Dock. 5-18-26; 4 Abs. 322.

19826—Lucy B. Aurand v. Toledo and Ohio Central R. R. Co. Motion for Lucas Appeals to certify. Overruled. Dock. 5-19-26; 4 Abs. 338; OA. 4 Abs. 389.

19830—Mabel F. Halliday v. Mabel V. Dempsey. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-19-26; 4 Abs. 338.

19831—Laura S. Likens v. Industrial Commission of Ohio. Motion for Summit Appeals to certify. Overruled Dock. 5-19-26; 4 Abs. 338.

19833—New York Cent. R. R. Co. v. James Irvine. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-20-26; 4 Abs. 338.

19834—Harriett A. Gardner et v. Lottie Kern. Motion for Sandusky Apeals to certify. Allowed. Dock. 5-21-26; 4 Abs. 338.

19837—American Guaranty Co. v. Cliff Wood Coal & Supply Co., a corporation. Motion for Hardin Appeals to certify. Allowed. Dock. 5-25-26; 4 Abs. 338.

19838—Margery Koelliker v. Hudson E. Willard. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-25-26; 4 Abs. 338.

19839—Elizabeth Baumhart v. Mary M. McClure. Motion for Erie Appeals to certify. Overruled. Dock. 5-25-26; 4 Abs. 358.

19840—Max Marmorstein v. Beverly Jane Schuck. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-25-26; 4 Abs. 358.

19841—Toledo Terminal Co. v. Lorus W. Hughes. Motion for Lucas Appeals to certify. Allowed. Dock. 5-25-26; 4 Abs. 358.

19842—Joseph Giehl v. State of Ohio. Motion for Madison Appeals to certify. Allowed. Dock. 5-25-26; 4 Abs. 358.

19844—American Guaranty Co. v. Cincinnati Iron & Steel Co., a corporation. Motion for Hardin Appeals to certify. Dock. 5-26-26; 4 Abs. 358.

19845—Thomas Biscotti v. State of Ohio. Motion for leave to file petition in error to the Cuyahoga Appeals. Overruled. Dock. 5-26-26; 4 Abs. 358.

19848—Robert Y. Duff v. William Rothenberg et. Motion for Cuyahoga Appeals to certify. Dismissed on motion of plaintiff in error. Dock. 5-28-26; 4 Abs. 358.

19851—Ida Sawyer et v. J. Park Lyon et. Motion for Licking Appeals to certify. Overruled. Dock. 5-28-26; 4 Abs. 358.

19852—Ludwig Hommel & Co. v. Incorporated Village of Woodsfield. Motion for Monroe Appeals to certify. Allowed. Dock. 5-28-26; 4 Abs. 358.

19856—Emmanuel Ross v. State of Ohio. Motion for leave to file petition in error to the Cuyahoga Appeals. Overruled. Dock. 6-1-26; 4 Abs. 380.

19858—O. C. Robinson et v. W. L. E. Stout. Motion for Allen Appeals to certify. Overruled. Dock. 6-1-26; 4 Abs. 380.

19861—Stanley Stachowicz v. State of Ohio. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-3-26; 4 Abs. 380.

19862—Jay P. Hitz et v. W. E. Telling et. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 6-4-26; 4 Abs. 380.

19865—Harry Neiswander et v. Joseph Brickner et. Motion for Putnam Appeals to certify. Allowed. Dock.

19874—L. R. Pulliam v. Jay P. Hitz et al. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 6-7-26; 4 Abs. 380.